## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:17-CR-04083-BCW-01 |
| ) | |
| DUSHANE KWMAINE GRIFFITH, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

Before the Court is Magistrate Judge Willie J. Epps, Jr.'s Report and Recommendations (Doc. #42) concerning Defendant's motion to suppress physical evidence and statements. (Doc. #28). Both parties filed objections. The Court, after an independent review of the record and the applicable law, adopts the Magistrate's Report and Recommendations. Accordingly, it is hereby

ORDERED that the Magistrate's Report and Recommendations be attached to and made part of this Order (Doc. #42). It is further

ORDERED Defendant's motion to suppress (Doc. #28) is DENIED as to the suppression of the psychical evidence seized and GRANTED as to the suppression of all statements made after the defendant was detained.

IT IS SO ORDERED.

DATED: <u>June 13, 2019</u>    /s/ Brian C. Wimes
                              JUDGE BRIAN C. WIMES
                              UNITED STATES DISTRICT COURT